# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **OLYMBEC USA LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **VS.** | ) |
| | ) |
| **CWFS INSIGHT LLC D/B/A REALINSIGHT MARKETPLACE, ET AL.,** | ) Case No: 2:18-cv-02059-JTF-dkv |
| | ) |
| **Defendants.** | ) |

## ORDER DISMISSING DEFENDANTS PNC BANK NATIONAL ASSOCIATION AND MIDLAND LOAN SERVICES, INC.

Before the Court is the Joint Motion to Dismiss without prejudice Defendants PNC Bank National Association and Midland Loan Services, Inc., pursuant to Fed. R. Civ. P. 21, that was filed on February 27, 2018. (DE No. 22). Upon review, the Court finds that the Motion should be Granted. Defendants PNC Bank National Association and Midland Loan Services, Inc. are dismissed from this cause without prejudice.

**IT IS SO ORDERED** on this 27th day of February, 2018.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE