# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

_____

| | | |
|---|---|---|
| OLYMBEC USA LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:18-cv-02059-JTF-dkv |
| | ) | |
| CWFS INSIGHT LLC a/b/a | ) | |
| REALINSIGHT MARKETPLACE, | ) | |
| Et al. | ) | |

_____

## PLAINTIFF'S MOTION TO DISMISS DEFENDANT CAPMARK FINANCE INC.
_____

Pursuant to Fed. R. Civ. P. 21, Plaintiff Olymbec USA LLC, by and through undersigned counsel, hereby respectfully moves the Court to dismiss without prejudice Defendant Capmark Finance Inc. Rule 21 permits a Court to drop a party "[o]n motion or on its own ... at any time." All parties who have entered their appearance consent to this motion.

/s/   S. Joshua Kahane
S. Joshua Kahane, Esq. (23726)
Ross Webster, Esq. (24784)
Ryan M. Skertich, Esq. (30288)
**GLANKLER BROWN, PLLC**
6000 Poplar Ave., Suite 400
Memphis, TN 38119
jkahane@glankler.com
rwebster@glankler.com
rskertich@glankler.com
*Attorneys for Olymbec USA LLC*

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.2, undersigned counsel has consulted with opposing counsel who have made an appearance in this cause, and they consent this motion being granted.

/s/   S. Joshua Kahane

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2018, a copy of the foregoing document has been forwarded to all parties via the Court's electronic filing system.

/s/   S. Joshua Kahane

4819-2745-9679, v. 1