# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | |
|---|---|
| **OLYMBEC USA LLC,** | ) |
| **Plaintiff,** | ) |
| VS. | ) |
| **CWFS INSIGHT LLC D/B/A REALINSIGHT MARKETPLACE, ET AL.,** | ) Case No: 8:18-cv-02606-GJH |
| **Defendants.** | ) |

## NOTICE

This Notice is provided to the Court as confirmation of the conversation Christopher R. Mellott, attorney for certain defendants, had with Judge George J. Hazel's Chambers on Monday, October 1, 2018, notifying the Court that the parties have settled the pending litigation and that settlement and dismissal paperwork is in progress. The dismissal paperwork will be filed with the Court shortly. Counsel for all parties who have appeared in this case have reviewed and approved the filing of this Notice

Dated this 4th day of October, 2018

                                                Respectfully submitted,

                                                /s/ Christopher R. Mellott
                                                Christopher R. Mellott
                                                Federal Bar No. 03734
                                                crmellott@venable.com
                                                Venable LLP
                                                750 E. Pratt Street,
                                                Suite 900
                                                Baltimore, MD 21202
                                                Phone: (410) 244-7552
                                                Fax: (410) 244-7742

21454991

*Counsel for Defendants CWFS Insight LLC d/b/a RealINSIGHT Marketplace, CWFS-REDS LLC, CWCapital Asset Management LLC, 6625 Lenox Park Boulevard Holdings, LLC, Victor Gutierrez, Eightfold Lincoln Investors, LLC, Wells Fargo Bank, N.A., and Larry Golinsky*

21454991

**CERTIFICATE OF SERVICE**

      On October 4, 2018, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court for the District of Maryland, using the electronic case filing system of the Court which will send notice to counsel of record registered with the CM/ECF system.  I further certify that I also served a copy of the foregoing via U.S. mail, postage prepaid, upon the following:

| | |
|---|---|
| S. Joshua Kahane<br>Glankler Brown, PLLC<br>6000 Poplar Avenue, Suite 400<br>Memphis, TN 38119<br>(901) 576-1701<br>*Counsel for Plaintiff* | Capmark Finance Inc.<br>c/o Corporation Service Company, Registered Agent<br>251 Little Falls Drive<br>Wilmington, Delaware 19808 |
| Yoora Pak, Esq.<br>Federal Bar No. 28149<br>Wilson, Elser, Moskowitz,<br>Edelman & Dicker LLP<br>8444 Westpark Drive, Suite 510<br>McLean, VA 22102-5102<br>Phone: 703.852.7861<br>Fax: 703.24509301<br>Yoora.pak@wilsonelser.com<br>*Counsel for Plaintiff* | |

                                                     /s/ Christopher R. Mellott<br>
                                                     Christopher R. Mellott